# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Anthony Bullabough,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                    3:12-cv-318-RJC

Aaron E. Michel,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 30, 2012 Order.

Signed: May 31, 2012

Frank G. Johns, Clerk
United States District Court